E-FILED
Tuesday, 23 July, 2019  09:22:30 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

CODY JOHNSON,

    Plaintiff,

v.

HUNTER WARFIELD, INC.,

    Defendant.

Case No. 4:19-cv-04017-SLD-JEH

## DISCOVERY PLAN

Counsel for Plaintiff, CODY JOHNSON, and counsel for Defendant, HUNTER WARFIELD, INC., having met on July 23, 2019 for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1.    Initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1): **August 6, 2019**.

2.    Amendment of the pleadings: **October 23, 2019**.

3.    Joining additional parties: **October 23, 2019**.

4.    Close of fact discovery: **January 23, 2020**.

5.    Disclosure of Plaintiff's experts: **January 9, 2020**.

6.    Disclosure of Plaintiff's expert reports: **February 24, 2020**.

7.    Plaintiff's experts deposed by: **April 9, 2020**.

8.    Disclosure of Defendant's experts: **January 16, 2020**.

9.    Disclosure of Defendant's expert reports: **March 2, 2020**.

10.    Defendant's experts deposed by: **April 16, 2020**.

11.    Completion of all discovery: **April 23, 2020**.

12.     Dispositive motions: **June 8, 2020**.

**CODY JOHNSON**, Plaintiff                     **HUNTER WARFIELD, INC.**, Defendant

By: *Joseph S. Davidson*                        By: *Patrick A. Watts*

Joseph S. Davidson                              Patrick A. Watts
Mohammed O. Badwan                              MALONE FROST MARTIN, PLLC
SULAIMAN LAW GROUP, LTD.                         7733 Forsyth Boulevard
2500 South Highland Avenue                      Suite 600
Suite 200                                       St. Louis, Missouri 63105
Lombard, Illinois 60148                         +1 314-669-5490
+1 630-575-8181                                 pwatts@mamlaw.com
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com