IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| CODY JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> HUNTER WARFIELD, INC., <br><br> Defendant. | Case No. 4:19-cv-04017-SLD-JEH |

### NOTICE OF SETTLEMENT

Plaintiff, CODY JOHNSON, hereby notifies the Court that Plaintiff and Defendant, HUNTER WARFIELD, INC., have reached settlement, and are in process of completing the settlement agreement and filing a stipulation of dismissal. The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

DATED: December 16, 2019

Respectfully submitted,

**CODY JOHNSON**

By: */s/ Joseph S. Davidson*

Mohammed O. Badwan
Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com
jdavidson@sulaimanlaw.com

1