**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| CODY JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>HUNTER WARFIELD, INC.,<br><br>    Defendant. | Case No: 4:19-cv-04017-SLD-JEH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CODY JOHNSON and the Defendant HUNTER WARFIELD, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant HUNTER WARFIELD, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 4, 2020                        Respectfully Submitted,

CODY JOHNSON                                    HUNTER WARFIELD, INC.

*/s/ Mohammed O. Badwan*                        */s/ Patrick A. Watts (with consent)*
Mohammed O. Badwan                              Patrick A. Watts
*Counsel for Plaintiff*                         *Counsel for Defendant*
Sulaiman Law Group, LTD.                        Malone Frost Martin, PLLC
2500 S. Highland Ave., Ste. 200                 7733 Forsyth Boulevard, Ste. 600
Lombard, Illinois 60148                         St. Louis, Missouri 63105
Phone: (630) 575-8181                           Phone: (314) 669-5490
mbadwan@sulaimanlaw.com                         pwatts@mamlaw.com